# Notice Recipients

District/Off: 0970−2   User: admin   Date Created: 11/01/2010
Case: 2:10−bk−22532−SSC   Form ID: b18   Total: 41

**Recipients of Notice of Electronic Filing:**
aty   ALLEN D. BUTLER   abutleraz@gmail.com

                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        VIRGIL DALE MADISON         137 N. 55TH STREET, #2        MESA, AZ 85205
jdb       MARLENE FAYE MADISON        137 N. 55TH STREET, #2        MESA, AZ 85205
tr        DALE D. ULRICH              PMB−615 1928 E. HIGHLAND, #F104        PHOENIX, AZ 85016−4626
cr        RECOVERY MANAGEMENT SYSTEMS CORPORATION        25 SE 2ND AVE #1120        MIAMI, FL 33131
smg       AZ DEPARTMENT OF REVENUE    BANKRUPTCY &LITIGATION        1600 W. MONROE, 7TH FL.        PHOENIX, AZ 85007−2650
9450547   AFNI        P.O. Box 3517        Bloomington IL 61702−3517
9450546   Advanta Bank Corp        P.O. Box 844        Spring House PA 19477−0844
9450548   Air Specialty Products        245 N. Dobson Road        Mesa AZ 85201
9450549   American Refrigeration Supplies, Inc.        P.O. Box 21127        Phoenix AZ 85036−1127
9450550   Arizona Department of Economic Security        P.O. Box 6028        Phoenix AZ 85005−6028
9450551   Arizona Department of Revenue        Bankruptcy Unit TCS        1600 W. Monroe #710        Phoenix AZ 85007
9450552   Bank of America        P.O. Box 1390        Norfolk VA 23501
9450553   Better Business Bureau        4428 N. 12th Street        Phoenix AZ 85014
9450554   Chase        PO Box 15298        Wilmington DE 19850−5298
9450555   Chase Bank        P.O. Box 33035        Louisville KY 40232−9891
9450556   Chase Bank USA NA        800 Brooksedge Blvd.        Westerville OH 43081
9450557   City of Mesa        P.O. Box 1466        Mesa AZ 85211−1466
9450558   City of Phoenix        P.O. Box 29690        Phoenix AZ 85038−9690
9450559   Coastal Recovery Corp.        P.O. Box 219        White Plains NY 10605
9450560   Collection Bureau of America        P.O. Box 5013        Hayward CA 94540−5013
9450561   Colorado Casualty        P.O. Box 85834        San Diego CA 92186−5834
9450562   Dicor Property Services, LLC        P.O. Box 31568        Mesa AZ 85275−1567
9450563   Grainger        Dept. 863937652        P.O. Box 419267        Kansas City MO 64141−6267
9450564   Heating and Cooling Supply, LLC        c/o Mark A. Kirkorsky, P.C.        4025 S MCCLINTOCK DR STE 208        TEMPE AZ 85282
9450565   Hercules Industries        1310 W. Evans Avenue        Denver CO 80223
9450566   IRS Special Services        P.O. Box 21126        Philadelphia PA 19114
9450567   Jewell Co.        1312 W. Watkins Road        Phoenix AZ 85007
9450568   Lamont, Hanley &Associates, Inc,        re: The Hartford        P.O. Box 179        Manchester NH 03101−1514
9450569   Macy's        9111 Duke Blvd.        Mason OH 45040
9450570   Maricopa County        Division of County Counsel        222 N. Central, #1100        Phoenix AZ 85003
9450571   Mark A. Kirkorsky, PC        4025 S. McClintock Drive, Suite 208        Tempe AZ 85282
9450572   Norman S. Wright Co.        2121 E. Magnolia Street        Phoenix AZ 85034
9450573   Qwest Communications        P.O. Box 29040        Phoenix AZ 85038−9040
9657548   Recovery Management Systems Corporation        25 S.E. 2nd Avenue, Suite 1120        Miami, FL 33131−1605
9450574   Russell Sigler, Inc.        P.O. Box 920        Tolleson AZ 85353
9450575   SCF Arizona        P.O. Box 33049        Phoenix AZ 85067−3049
9450576   Shoemaker, CPA, PC        6136 E. Brown Road, #101        Mesa AZ 85205
9450577   US Airconditioning Distributors        c/o Mark A. Kirkorsky, P.C.        4025 S MCCLINTOCK DRIVE STE. 208        TEMPE AZ 85282
9450578   Verizon Wireless        5175 Emerald Pkwy        Dublin OH 43017
9450579   Wells Fargo Bank        P.O. Box 5445        Portland OR 97228

                                                                                                TOTAL: 40